

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*Main:* (973) 645-2700
*Direct:* (973) 297-2029

August 12, 2026

**Via ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re:   *Alvarenga Rios v. Benzel*, No. 26-08193 (RK);
     One-Week Extension Request on Consent.

Dear Judge Kirsch:

  This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement. Respondent's answer deadline is August 13, 2026. Respondents respectfully request an extension of time until August 20, 2026, to respond to the petition. This is Respondents' first request for an extension. Petitioner's counsel consents to this request.

  I respectfully submit that good cause exists for this request. I was assigned to this case this past Monday, August 10, 2026. Upon initial review of the Petition, ECF No. 1, I identified citations to several documents that were not attached as exhibits or readily accessible after research. I requested those documents from Petitioner's counsel today, August 12, 2026, and Petitioner's counsel provided a sub-set of the requested documents; however, several documents remain outstanding. I request this extension in order to receive and review the remaining documents, and to respond accordingly.

  Thank you very much for your consideration of this request.

**SO ORDERED**

_____

**Robert Kirsch, U.S.D.J.**
**Date:** *August 13, 2026*

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   s/ Christopher Stratigeas
CHRISTOPHER J. STRATIGEAS
Assistant United States Attorney
Chief, Civil Division

cc: All counsel of record (*via ECF*)