**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 297-2029*

August 20, 2026

**Via ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Alvarenga Rios v. Benzel*, No. 26-08193 (RK);**
**Second Request for Extension on Consent.**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). Respondent's answer deadline is August 20, 2026. Respondents respectfully request an extension of time until September 3, 2026, to respond to the petition. This is Respondents' second request for an extension. Petitioner's counsel consents to this request.

I respectfully submit that good cause exists for this request. According to ICE, Petitioner was released from custody on August 13, 2026. On August 18, 2026, Petitioner filed a Motion for Leave to File an Amended Petition, ECF No. 13, and advised the Court of Petitioner's release. This Office takes no position on Petitioner's request; however, should the Court grant Petitioner's motion this Office will be required to answer. Accordingly, I request this extension of time for two weeks pending the Court's ruling on Petitioner's Motion.

Thank you very much for your consideration of this request.

**SO ORDERED.**

Robert Kirsch, U.S.D.J.
DATE: August 21, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Christopher Stratigeas*
CHRISTOPHER STRATIGEAS
Assistant United States Attorney

cc: All counsel of record (*via ECF*)